CITY OF JACKSONVILLE, a municipal corporation, and J. E. PAGE, as Auditor of the City of Jacksonville, v. NICHOLS ENGINEERING & RESEARCH CORPORATION, a corporation.

32 So. (2nd) 586            June Term, 1947
November 21, 1947            En Banc

*Harry B. Fozzard,* for appellants.

*Austin Miller,* for appellee.

PER CURIAM:

The decree is affirmed on authority of Tapers v. Pichard, 124 Fla. 549, 169 So. 39; The county of Leon v. State, 122 Fla. 505, 165 So. 666.

THOMAS, C. J., TERRELL, BUFORD, CHAPMAN, ADAMS, SEBRING and BARNS, JJ., concur.